PROB 22
(Rev. 8/97)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER (Tran. Court) | 5:05CR00002-01 |
| DOCKET NUMBER (Rec. Court) | 05-20198-MlP |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Wardell Askew<br>3696 Winchester Park No. 2<br>Memphis, TN 38118 | SOUTHERN DISTRICT OF TEXAS | LAREDO |
| | NAME OF SENTENCING JUDGE<br>Adrian G. Duplantier | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM January 27, 2005    TO January 26, 2010 |

**OFFENSE:**

Transporting an undocumented alien within the United States by means of a motor vehicle for commercial advantage or private financial gain. 8 U.S.C. § 1324(a)(1)(B)(i).

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, LAREDO DIVISION

It is ordered that the jurisdiction of this probationer or supervised releasee be transferred with the records of the Court to the United States District Court for the WESTERN DISTRICT OF TENNESSEE, MEMPHIS DIVISION on that Court's acceptance. This Court expressly consents that the period of supervision may be changed by the receiving District Court without approval of this court. See 18 U.S.C. 3605.

3/19/05
_Date_

George P. Kazen
_United States District Judge_

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE, MEMPHIS DIVISION

Jurisdiction over the person supervised is accepted by this Court from the entry of this order.

May 18, 2005
_Effective Date_

Jon P. McCalla
_United States District Judge_

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 1 in case 2:05-CR-20198 was distributed by fax, mail, or direct printing on June 1, 2005 to the parties listed.

---

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT